UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YELP INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> Defendant - Appellee. | No. 24-581 <br><br> D.C. No. 3:23-cv-04977-TLT <br> Northern District of California, San Francisco <br><br> ORDER |

Before: BENNETT, BRESS, and FORREST, Circuit Judges.

All judges unanimously voted to deny the petition for panel rehearing and rehearing en banc. The petition was circulated to the judges of the Court, and no judge requested a vote for en banc consideration. Fed. R. App. P. 40. The petition for panel rehearing and rehearing en banc, Dkt. 54, is **DENIED**.